# Hawthorn *v*. The State.

### *Indictment for Assault with Intent to Murder.*

1. *New Trial; appeal from judgments granting or refusing in criminal cases.*—The act "To allow appeals to the Supreme Court from decisions of the City and Circuit Courts in this State, granting or refusing to grant motions for new trials" (Acts 1890–91 p. 779), applies to civil cases only, and an appeal from such a decision in a criminal case will be dismissed.

APPEAL from the Circuit Court of Conecuh.
Tried before the Hon. JOHN R. TYSON.

WM. L. MARTIN, Attorney-General for the State.

HEAD, J.—There is no law of this State authorizing appeals from judgments in criminal cases, overruling motions for new trials. The act "To allow appeals to the Supreme Court from decisions of the City and Circuit Courts in this State granting or refusing to grant motions for new trials" (Acts 1890–91, p. 779), applies to civil cases only.

The appeal in this case must be dismissed.